IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03173-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JAMES NEAL,

    Defendant.

## ORDER OF DISMISSAL

    In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of James Neal filed June 25, 2014 (ECF No. 29), it is

    ORDERED that Defendant James Neal and this action are **DISMISSED WITHOUT PREJUDICE**.

    Dated:  June 25, 2014

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       Wiley Y. Daniel
                                       Senior United States District Judge